IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM MERCER,<br><br>Defendant. | Case No: 10-PO-08-SLC<br>CVB Citation No. 0710658 |

ORDER

Upon the foregoing motion,

IT IS HEREBY ORDERED that the Government's Motion is Granted and it is hereby ordered that the Veterans Administration provide to the government the following documents contained in the patient file of William Mercer prior to September 16, 2010: (1) copy of any electronic "flags" in the file; (2) copy of any correspondence since July 30, 2008 regarding any electronic "flags;" and (3) summary list of medical/dental appointments for 2009.

Dated this 15th day of September 2010.

HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge